*Robin Zakia Elliott,* pro se, in support of the petition.

Decided January 8, 1997

STATE OF CONNECTICUT *v.* HECTOR SILVA

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 488 (AC 13935), is denied.

BERDON, J., dissenting. I would grant the petitioner's petition for certification to appeal.

---

* The appeal was withdrawn July 21, 1997.

*Susan F. Filan,* special public defender, in support of the petition.

*Lisa Herskowitz,* deputy assistant state's attorney, in opposition.

Decided January 8, 1997